

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2020

No. 04-19-00862-CR

Joseph **ALVARADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5570D
The Honorable Jennifer Pena, Judge Presiding

## O R D E R

The reporter's record is due January 29, 2020. On January 22, 2020, the court reporter filed a notification of late record, requesting an extension until March 6, 2020 to file the record. After consideration, we **GRANT** the request **IN PART** and **ORDER** the court reporter to file the record **by February 28, 2020**. *See* TEX. R. APP. P. 35.3(c) (limiting extensions granted by appellate court to thirty days for ordinary appeals).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court